UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 08-80124-CR-RYSKAMP/HOPKINS

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

CABRAD TYI STRACHAN,

    Defendant.

_____/



## REPORT AND RECOMMENDATION

THIS CAUSE is before the Court for a final probable cause hearing on a petition for violations of supervised release. The Defendant, CABRAD TYI STRACHAN, appeared before the Court on February 18, 2010, represented by James Eisenberg, Esquire. The Defendant is charged with 3 violations: (1) a violation of law for the offense of Possession of Marijuana over 20 grams on November 14, 2009; (2) failure to notify Probation of his arrest on November 14, 2009; (3) possessing or using marijuana in connection with his urine specimen submitted on January 12, 2010. The defendant admitted to violations (2) and (3). The Court finds that the Defendant knowingly, intelligently, and voluntarily admits to violating his supervised release regarding violations (2) and (3). The Court also finds that the Defendant knowingly, intelligently, and voluntarily waives his rights to a final probable cause hearing regarding violations (2) and (3).

A hearing was held on violation (1). Boynton Beach Police Officer Christopher Munro testified. His credible testimony proved that on November 14, 2009, at approximately 9:22 p.m. he pulled over a vehicle in a high crime area in Boynton Beach, Florida. As he approached the

vehicle a distinct odor of marijuana was present. The defendant was in the back seat, passenger side, with a pit bull. Two females were in the front of the vehicle. There was a plastic bag on the floor just to the left of the Defendant's left foot. It field tested positive for marijuana and weighed 27.7 grams. Several marijuana cigarette buts were in the vehicle.

The section pertaining to revocations of supervised release requires the court to find that the Defendant violated the conditions of his supervised release by a preponderance of the evidence rather than beyond a reasonable doubt. *See Johnson v. United States,* 529 U.S. 694, 700, 120 S.Ct. 1795 (2000)(citing 18 U.S.C. § 3583(e)(3)); *United States v. Poellnitz,* 372 F.2d 562, 566 (3d Cir. 2004) (stating, "[t]he plain language of § 3583(e)(3) requires a finding by 'a preponderance of the evidence' that the defendant violated a condition of his supervised release."); 18 U.S.C. § 3583(e)(3).

This Court finds by a preponderance of the evidence that the above findings of fact prove the charged violation of supervised release in violation (1).

The Court **RECOMMENDS** that the District Court find the Defendant guilty. The Court also recommends that this matter be set down for sentencing before the District Court.

The Clerk is **ORDERED** to set this matter before the sentencing calendar of Senior United States District Court Judge Kenneth L. Ryskamp.

A party shall serve and file written objections, if any, to this Report and Recommendation with the Honorable Senior United States District Court Judge Kenneth L. Ryskamp, within

fourteen days of being served with a copy of this Report and Recommendation. *See* 28 U.S.C. § 636(b)(1)(C). Failure to file timely objections may limit the scope of appellate review of factual findings contained herein. *See United States v. Warren*, 687 F.2d 347, 348 (11th Cir.1982), *cert. denied*, 460 U.S. 1087 (1983).

**DONE and SUBMITTED** in Chambers at West Palm Beach in the Southern District of Florida, this 18 day of February, 2010.

*James M. Hopkins*

JAMES M. HOPKINS
UNITED STATES MAGISTRATE JUDGE

Copies to:
Honorable Kenneth L. Ryskamp, Senior United States District Judge
Counsel of record
U.S. Marshal
U.S. Probation
Clerk of Court