UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 08-80124-CR-RYSKAMP/HOPKINS

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

Cabrad Tyi Strachan,

    Defendant.
_____/

## ORDER AFFIRMING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

**THIS CAUSE** came before the court upon the Report and Recommendation issued by United States Magistrate Judge James M. Hopkins on February 18, 2010.

The court has considered the Report and Recommendation, the pertinent parts of the record, and being otherwise fully advised in the premises it is

**ORDERED and ADJUDGED** that the United States Magistrate's Report and Recommendation is hereby **ADOPTED AND AFFIRMED. Sentencing will be set by a separate notice.**

**DONE and ORDERED** in West Palm Beach, this 25 day of February, 2010.

KENNETH L. RYSKAMP
UNITED STATES DISTRICT JUDGE

cc:    counsel of record